

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00145-CV

**Helitrans Company**

**v.**

**Rotorcraft Leasing Co., LLC**

NO. 39003 IN THE 239TH DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 10/29/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/29/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/07/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/03/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/03/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/25/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 06/25/2013 | E-PAID | ANT |
| RPT RECORD | $5,138.10 | 06/04/2013 | PAID | ANT |
| SUPP CLK RECORD | $15.00 | 04/11/2013 | UNKNOWN | ANT |
| E-TXGOV FEE | $5.00 | 04/10/2013 | E-PAID | APE |
| MT FEE | $10.00 | 03/26/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/26/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/18/2013 | E-PAID | APE |
| CLERK'S RECORD | $526.00 | 03/14/2013 | UNKNOWN | ANT |
| FILING | $175.00 | 03/05/2013 | PAID | ANT |

| E-TXGOV FEE | $5.00 | 02/25/2013 | E-PAID | ANT |
|---|---|---|---|---|

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $5,939.10.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 24, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**